**Margaret Hanreddy, executrix of the estate of Joseph Hanreddy, deceased, defendant in error, v. City of Chicago, plaintiff in error. Gen. No. 23,571.**

Action to recover for work and material in repairing street; counterclaim by defendant for repairs claimed to have been made under contract with plaintiff. Judgment for plaintiff for $7,400.29. Error to the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

Samuel A. Ettelson, for plaintiff in error; Leon Hornstein, of counsel. Ryan, Condon & Livingston, for defendant in error; Irvin I. Livingston and Nathan S. Blumberg, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

**Anna D. Olson, plaintiff in error, v. John G. Olson, defendant in error. Gen. No. 24,022.**

Bill for divorce on grounds of cruelty and habitual drunkenness. Bill dismissed for want of equity. Error to the Circuit Court of Cook county; the Hon. Charles M. Thompson, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed January 27, 1919.

A. G. Dicus, for plaintiff in error. Julian C. Ryer, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**James Ozello, plaintiff in error, v. Albert Hoefeld et al., defendants in error. Gen. No. 24,185.**

Bill for cancellation of lease and to restrain enforcement of judgment by confession for rent. Bill dismissed for want of equity. Error to the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919. Rehearing denied February 10, 1919.

Thomas W. Prindeville and Thomas J. O'Hare, for plaintiff in error. Adler, Lederer & Beck, for defendants in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**Heywood Brothers & Wakefield Company, appellee, v. Reuben Levine, appellant. Gen. No. 24,302.**

Action to recover purchase price of goods sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

Milton Hart, for appellant. Joseph M. Griffen, for appellee.

Mr. Justice Holdom delivered the opinion of the court.